**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   D.T. Marshall
   115 S. Perry Street
   Montgomery, AL 36104
   2:06 CV507-VPM
   Pittman v. Montg C Sheriff Dept, et al

2. Article Number (Copy from service label)
   7000 0600 0027 9311 7517

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): 
B. Date of Delivery: 6-15-06
C. Signature: X /s/ Otis Williams — ☒ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Montgomery Co. Sheriff Dept.
   % D.T. Marshall
   115 South Perry Street
   Montgomery, AL 36104
   2:06 CV507-VPM

2. Article Number (Copy from service label)
   7000 0600 0027 9311 7524

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): 
B. Date of Delivery: 6-15-06
C. Signature: X /s/ Otis Williams — ☒ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes