**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 27, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Montricia Pittman vs. Montgomery County Sheriff's Department, et al**
**Case Number: 2:06cv507-WKW**

**Pleading : #1 -Complaint**

**Notice of Correction is being filed this date to advise that the referenced pleading was docketed on 6/12/06 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**