EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2006-02259 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)<br>**Montricia Pittman** | Home Phone No. (Incl Area Code)<br>(334) 281-6017 | Date of Birth<br>02-07-1973 |
|---|---|---|
| Street Address<br>**6144 Cherry Hill Road, Montgomery, AL 36116** | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**MONTGOMERY COUNTY SHERIFF'S DEPT.** | No. Employees, Members<br>201 - 500 | Phone No. (Include Area Code)<br>(334) 832-4980 |
|---|---|---|
| Street Address<br>**115 South Perry Street, Montgomery, AL 36116** | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-13-2006   Latest: 01-27-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On September 29, 2005, I filed a charge of discrimination with EEOC, charge number 130-2005-07026. On January 25, 2006, I received a letter from the sheriff's department warning me not to participate in activities protected under Title VII.

Due to the atmosphere at work, I resigned on January 27, 2006.

I believe the sheriff's department discriminated against me by retaliating against me for participating in protected activity and by forcing me to resign due to a hostile work environment in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Apr 28, 2006
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)