IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MONTRICIA PITTMAN,                     )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )    CASE NO. 2:06-cv-507-WKW
                                       )
MONTGOMERY COUNTY SHERIFF's            )
DEPARTMENT, *et al.,*                  )
                                       )
        Defendants.                    )

# **O R D E R**

Upon consideration of the Motion to Dismiss of Defendants Montgomery County

Sheriff's Department and Sheriff D. T. Marshall (Doc. #6 ) filed on July 5, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on August 9, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief**

**and any evidentiary materials** on or before August 2, 2006.  The defendant may file a reply

brief on or before August 9, 2006.

**The parties are advised that they are required to submit a paper courtesy copy**

**of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 12th day of July, 2006.


        _____/s/   W.  Keith Watkins_____
        UNITED STATES DISTRICT JUDGE