IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONTRICIA PITTMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:06-cv-507 |
| | ) |
| MONTGOMERY COUNTY SHERIFF'S | ) |
| DEPARTMENT, et al., | ) |
| Defendants. | ) |

MOTION FOR LEAVE TO AMEND COMPLAINT

Comes now plaintiff by and through her attorney and moves this pursuant to Local Rule 15.1 Court for leave to amend plaintiff's complaint by designating paragraphs 6 through 22 as Count 1 and by adding Count II relating to a claim of retaliation. As grounds therefore, plaintiff state that the facts contained in the complaint arose out of the facts as stated in her original compliant and that it would be in the interest of justice to allow her to have the issue of retaliation heard with the issues contained in her original complaint.

Respectfully submitted,

Deborah M. Nickson
Attorney for Plaintiff
2820 Fairlane Drive, A-10
Montgomery, Alabama 36116
debnicks@bellsouth.net

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was furnished to Thomas T. Gallion, III and Constance Walker, Haskell, Slaughter, Yong and Gallion, LLC, Attorneys at Law, P. O. Box 4660, Montgomery, Alabama 36103-4660, on this the 4th day of April 2007.

Deborah M. Nickson