IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONTRICIA PITTMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-507-WKW |
| | ) |
| MONTGOMERY COUNTY SHERIFF'S DEPARTMENT, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff's Motion for Leave to Amend Complaint (Doc. # 11) is GRANTED. Plaintiff is directed to file a duplicate of the complaint attached to the above motion, restyled as "Amended Complaint," not later than May 30, 2007.

In consideration of this order, defendants shall have until June 6, 2007, to amend or restate the motion to dismiss (Doc. #6) and accompanying brief (Doc. #7), with plaintiff granted until June 20, 2007, to amend or restate her response. Defendants may, but are not required to, file a reply by June 27, 2007. The motion to dismiss will be under submission on June 27, 2007.

DONE this 23rd day of May, 2007.

                                        /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE