IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MONTRICIA PITTMAN, )
)
Plaintiff, )
)
v. ) CASE NO. 2:06-cv-507-WKW
)
MONTGOMERY COUNTY SHERIFF'S DEPARTMENT, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Montgomery County Sheriff's Department, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

6/26/2007
Date

/s/Constance C. Walker
(Signature)

Constance C. Walker (ASB-5510-L66C)
(Counsel's Name)

Montgomery County Sheriff's Department
Counsel for (print names of all parties)

Haskell Slaughter Young & Gallion, LLC
P. O. Box 4660, Montgomery, Alabama  36103-4660
Address, City, State Zip Code

334-265-8573
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, __Constance C. Walker__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __Electronic Mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __26th__ day of __June__ 20__07__, to:

Deborah M. Nicksonm 2820 Fairlane Drive, Suite A-10, Montgomery, Alabama  36116

| | |
|---|---|
| 6/26/2007 | /s/Constance C. Walker |
| Date | Signature |