IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MONTRICIA PITTMAN,           )
                             )
    Plaintiff,               )
                             )
v.                           )   CASE NO. 2:06-cv-507-WKW
                             )
D. T. MARSHALL,              )
                             )
    Defendants,              )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW D. T. Marshall, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party

_____         _____

_____         _____

_____         _____


6/26/2007                             /s/Constance C. Walker
Date                                  (Signature)

                                      Constance C. Walker (ASB-5510-L66C)
                                      (Counsel's Name)

                                      D. T. Marshall
                                      Counsel for (print names of all parties)

                                      Haskell Slaughter Young & Gallion, LLC
                                      P. O. Box 4660, Montgomery, Alabama  36103-4660
                                      Address, City, State Zip Code
                                      334-265-8573
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I,__Constance C. Walker_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __Electronic Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __26th____day of __June_____ 20_07_, to:

Deborah M. Nicksonm 2820 Fairlane Drive, Suite A-10, Montgomery, Alabama  36116

_____

_____

_____

_____

_____

| 6/26/2007 | /s/Constance C. Walker |
|---|---|
| Date | Signature |