**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **MONTRICIA PITTMAN,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| vs. ] | **Case Number: 2:06CV507-WKW** |
| ] | |
| **D.T. MARSHALL,** ] | |
| ] | |
| **Defendant.** ] | |

**MOTION TO DISMISS SECOND AMENDED COMPLAINT**

COMES NOW the Defendant Sheriff D.T. Marshall, pursuant to Rule 12(b), Fed. R.Civ. P., and moves this Court to dismiss Plaintiff's Second Amended Complaint filed with this Court on August 31, 2007 (Doc. # 25). Defendant shows as follows:

1.   Plaintiff has failed to adequately plead a claim for sex discrimination in Count I of the Second Amended Complaint.

2.   Plaintiff has failed to adequately plead a claim for retaliation in Count II of the Second Amended Complaint.

3.   Plaintiff has failed to adequately plead a claim for retaliation in Count III of the Second Amended Complaint.

**WHEREFORE, THE PREMISES CONSIDERED,** Defendant moves this Court to dismiss Plaintiff's Second Amended Complaint and grant him any other relief to which he may be entitled.

                                                  s/ Constance C. Walker
                                                  Thomas T. Gallion, III (ASB-5295-L74T)
                                                  Constance C. Walker (ASB-5510-L66C)

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the **CM/ECF** system that will send notification of such filing to the following counsel:

Deborah M. Nickson
2820 Fairlane Drive, Ste. A-10
Montgomery, Alabama 36116

                                                    s/ Constance C. Walker
                                                    Of Counsel