IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONTRICIA PITTMAN, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 2:06-cv-507 |
| MONTGOMERY COUNTY SHERIFF'S DEPARTMENT and D. T. MARSHALL in his official capacity as Sheriff of Montgomery County, Alabama, | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Deborah M. Nickson, and respectfully submit this Motion to Withdraw as Counsel for Plaintiff Montricia Pittman and as grounds therefore this Attorney states the following:

1. That this Attorney was retained for the Middle District litigation.

2. That the case has been dismissed by this Court.

3. That this Attorney has not been retained to file an appeal for Ms. Pittman.

WHEREUPON, this Attorney request that this Court grant this Attorney's Motion to Withdraw as Counsel for Plaintiff,

Respectfully submitted,

Deborah M. Nickson
Attorney for Plaintiff
2820 Fairlane Drive, A-10
Montgomery, Alabama 36116
debnicks@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Withdraw was furnished to Thomas T. Gallion, III and Constance Walker, Haskell, Slaughter, Young and Gallion, LLC, Attorneys at Law, P. O. Box 4660, Montgomery, Alabama 36103-4660, on this the 8th day of November 2007.

Deborah M. Nickson