UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

RECEIVED
2007 NOV -8  P 1:25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Montricia Pittman )
   Plaintiff, )
 )
vs. )    CIVIL ACTION NO. 2:06cv507
 )
D.T. Marshall )
   Defendant. )

### NOTICE OF APPEAL

Notice is hereby given that __Montricia Levette Pittman__ above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the __Judgment__ entered in this action on the __18th__ day of __October__, ~~19~~ __2007__.

_____
Signature

__11/08/07__
Date of Signature

__6144 Cherry Hill Rd__
__Montgomery AL 36116__
Address

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

### CERTIFICATE OF SERVICE

I, __Montricia Lavette Pittman__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __Mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __7th__ day of __Nov__ 20__07__, to:

Thomas T. Gallion, III
Constance C. Walker
Haskell Slaughter Young & Gallion LLC
PO Box 4660
Montgomery, AL 36103-4660

__11/08/07__
Date

__[Signature]__
Signature