IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONTRICIA PITTMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-0507-WKW |
| | ) |
| D.T. MARSHALL, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Motion to Withdraw as Counsel (Doc. # 31), it is ORDERED that the motion is GRANTED and Deborah M. Nickson, the plaintiff's counsel, is withdrawn from the case for good cause.

DONE this the 14th day of November, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE