IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONTRICIA PITTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-0507-WKW |
| ) | |
| D.T. MARSHALL, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the plaintiff's motion for leave to appeal in forma pauperis (Doc. # 33), it is ORDERED that the motion is GRANTED.

DONE this the 14th day of November, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE