Mrs. Hackett,

2:06CV507

Please change my mailing address to the following:

Montricia L. Pittman
6000 Civic St.
Montgomery AL, 36117
(334) 414-0268

2007 NOV 20 A 0:00

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Thank you.

*[signature]*

Ms Montricia L. Pittman
VBBB Civic St.
Montgomery, AL 36116

Ms. Devra P Hackett
Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

MONTGOMERY AL 361
19 NOV 2007 PM 3 T

36101+0711

