APPEAL, CLOSED

# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:06-cv-00507-WKW-WC
### Internal Use Only

Pittman v. Montgomery County Sheriff's Department et al
Assigned to: Honorable William Keith Watkins
Referred to: Honorable Wallace Capel, Jr
Case in other court: USCA, 07-15312-D
Cause: 42:2000 Job Discrimination (Sex)

Date Filed: 06/06/2006
Date Terminated: 10/18/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

## Plaintiff

**Montricia Pittman**　　represented by　**Montricia Pittman**
6000 Civic St..
Montgomery, AL 36116
(334)414-0268
PRO SE

**Deborah Moore Nickson**
2820 Fairlane Drive
Suite A-10
Montgomery, AL 36116
█████████
Fax: 334-213-1234
Email: debnicks@bellsouth.net
*TERMINATED: 11/14/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Montgomery County Sheriff's Department**
*TERMINATED: 08/22/2007*

represented by **Constance C Walker**
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, AL 36104
█████████
Fax: 334-264-7945
Email: ccw@hsy.com
*TERMINATED: 08/22/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Thomas T. Gallion, III
Haskell Slaughter Young & Gallion LLC
PO Box 4660
Montgomery, AL 36103-4660
Fax: 264-7945
Email: mp@hsy.com
*TERMINATED: 08/22/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**D. T. Marshall**
*in his official capacity as Sheriff of Montgomery County, Alabama*

represented by **Constance C Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas T. Gallion, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

BEGIN VOL. 1

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2006 | 1 | COMPLAINT against all defendants (Filing fee $ 350.00 receipt number 110481.), filed by Montricia Pittman. (Attachments: # 1 Right to Sue Letter)(cb, ) Additional attachment(s) added on 6/27/2006 (cb, ). (Entered: 06/12/2006) |
| 06/14/2006 | 2 | Summons Issued: Summons and Complaint issued as to Montgomery County Sheriff's Department and D. T. Marshall mailed by cmrrr. (cb, ) (Entered: 06/14/2006) |
| 06/14/2006 |  | NOTICE of Assignment to Magistrate Judge mailed to counsel for Montricia Pittman (cb, ) (Entered: 06/14/2006) |
| 06/19/2006 | 3 | Return Receipt Card showing service of Summons and Complaint signed by Otis Williams for Montgomery County Sheriff's Department served on 6/15/2006, answer due 7/5/2006; D. T. Marshall served on 6/15/2006, answer due 7/5/2006. (cb, ) (Entered: 06/19/2006) |
| 06/22/2006 | 4 | Case Reassigned to Judge William Keith Watkins and Vanzetta P. McPherson. Judge Vanzetta P. McPherson no longer assigned to the case as presiding judge. (cb, ) (Entered: 06/22/2006) |

CONT. VOL. 1

| | | |
|---|---|---|
| 06/27/2006 | 5 | NOTICE of Correction re 1 Complaint to correct the pdf. The attachment was docketed as the complaint orginally. The corrected pdf is atttached to this notice. (Attachments: # 1 Complaint)(cb, ) (Entered: 06/27/2006) |
| 07/05/2006 | 6 | MOTION to Dismiss by Montgomery County Sheriff's Department, D. T. Marshall. (cb, ) (Entered: 07/06/2006) |
| 07/05/2006 | 7 | MEMORANDUM Brief in Support of 6 MOTION to Dismiss filed by Montgomery County Sheriff's Department, D. T. Marshall. (Attachments: # 1 Exhibit 1-Charge of Discrimination)(cb, ) (Entered: 07/06/2006) |
| 07/05/2006 | | ***Attorney Constance Caldwell Walker for Montgomery County Sheriff's Department and D. T. Marshall, Thomas T. Gallion, III for Montgomery County Sheriff's Department and D. T. Marshall added pursuant to 6 Motion to Dismiss. (cb, ) (Entered: 07/06/2006) |
| 07/12/2006 | 8 | ORDER that the 6 Motion to Dismiss be submitted without oral argument on 8/9/06. The plaintiff shall file a response which shall include a brief and any evidentiary materials on or before 8/2/06. The defendant may file a reply brief on or before 8/9/06. Motion Submission Deadline set for 8/9/2006. Signed by Judge William Keith Watkins on 7/12/2006. (cb, ) (Entered: 07/12/2006) |
| 07/24/2006 | 9 | Plaintiff's RESPONSE to 6 MOTION to Dismiss filed by Montricia Pittman. (cb, ) (Entered: 07/25/2006) |
| 08/09/2006 | 10 | Defendants' Reply Brief in Support of 6 MOTION to Dismiss filed by Montgomery County Sheriff's Department, D. T. Marshall. (cb, ) (Entered: 08/10/2006) |
| 11/29/2006 | | Due to the retirement of Judge Vanzetta P. McPherson this case has been reassigned to Judge Wallace Capel, Jr. as referral judge (NO PDF document attached to this notice.). (djy, ) (Entered: 11/29/2006) |
| 04/05/2007 | 11 | MOTION for Leave to Amend 1 Complaint by Montricia Pittman. (Attachments: # 1 Proposed Amended Complaint# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3)(cb, ) (Entered: 04/05/2007) |
| 05/23/2007 | 12 | ORDER granting 11 Motion for Leave to Amend Complaint; Plf is directed to file a duplicate of the complaint attached to the above motion, restyled as "Amended Complaint," not later than 5/30/2007; dfts shall have until 6/6/2007, to amend or restate the 6 Motion to Dismiss and accompanying 7 Brief, with plf granted until 6/20/2007, to amend or restate her response; Dfts may, but are not required to, file a reply by 6/27/2007; The motion to dismiss will be under submission on 6/27/2007. Signed by Judge William Keith Watkins on 5/23/2007. (wcl, ) (Entered: 05/23/2007) |
| 05/24/2007 | 13 | AMENDED COMPLAINT against all defendants, filed by Montricia Pittman.(Nickson, Deborah) (Entered: 05/24/2007) |

**CONT. VOL. 1**

| Date | # | Description |
|---|---|---|
| 06/06/2007 | 14 | Amended MOTION to Dismiss by Montgomery County Sheriff's Department, D. T. Marshall. (Walker, Constance) (Entered: 06/06/2007) |
| 06/06/2007 | 15 | BRIEF/MEMORANDUM in Support re 14 Amended MOTION to Dismiss filed by Montgomery County Sheriff's Department, D. T. Marshall. (Walker, Constance) (Entered: 06/06/2007) |
| 06/13/2007 | 16 | Plaintiff's Response to 14 Amended and Restated Motion to Dismiss filed by Montricia Pittman. (Nickson, Deborah) (Entered: 06/13/2007) |
| 06/26/2007 | 17 | Corporate/Conflict Disclosure Statement by Montgomery County Sheriff's Department. (Walker, Constance) (Entered: 06/26/2007) |
| 06/26/2007 | 18 | Corporate/Conflict Disclosure Statement by D. T. Marshall. (Walker, Constance) (Entered: 06/26/2007) |
| 06/27/2007 | 19 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to Montricia Pittman. Corporate Disclosures due by 7/12/2007. (Attachments: # 1 Corporate Conflict Standing Order)(cb, ) (Entered: 06/27/2007) |
| 06/27/2007 | 20 | Corporate/Conflict Disclosure Statement by Montricia Pittman. (Nickson, Deborah) (Entered: 06/27/2007) |
| 06/27/2007 | 21 | (STRICKEN FROM THE RECORD AS A DOCKETING ERROR) Corporate/Conflict Disclosure Statement by Montricia Pittman. (Nickson, Deborah) Modified on 6/28/2007 to strike pleading from the record. Counsel for the plaintiff filed corporate/conflict disclosure statement on behalf of the defendants in error. (cb, ). (Entered: 06/27/2007) |
| 06/27/2007 | 22 | REPLY to Response to Motion re 14 Amended MOTION to Dismiss filed by Montgomery County Sheriff's Department, D. T. Marshall. (Walker, Constance) (Entered: 06/27/2007) |
| 06/28/2007 | | (Court only) ***Deadlines terminated: Corportate/Conflict Disclosure Statement Deadline terminated. (cb, ) (Entered: 06/28/2007) |
| 06/28/2007 | 23 | Corporate/Conflict Disclosure Statement by Montricia Pittman. (Nickson, Deborah) (Entered: 06/28/2007) |
| 08/22/2007 | 24 | MEMORANDUM OPINION AND ORDER that: (1) Defendants' 6 Motion to Dismiss is DENIED as MOOT; (2) All claims against The Montgomery County Sheriff's Department are DISMISSED; (3) Defendants' 14 Amended Motion to Dismiss is GRANTED IN PART and DENIED IN PART; and (4) The plaintiff shall file an Amended Complaint on or before 8/31/07 as further set out in order. Signed by Judge William Keith Watkins on 8/22/2007. (Attachments: # 1 Civil Appeals Checklist)(cb, ) (Entered: 08/22/2007) |
| 08/22/2007 | | (Court only) *** Party Montgomery County Sheriff's Department terminated., *** Attorney Thomas T. Gallion, III and Constance C Walker terminated pursuant to 24 Order. (cb, ) (Entered: 08/22/2007) |

| | | |
|---|---|---|
| 08/31/2007 | 25 | AMENDED COMPLAINT *Second Amended Complaint* against D. T. Marshall, filed by Montricia Pittman. (Attachments: # 1 Exhibit)(Nickson, Deborah) (Entered: 08/31/2007) |
| 09/17/2007 | 26 | MOTION to Dismiss 25 Second Amended Complaint by D. T. Marshall. (Walker, Constance) Modified on 9/18/2007 to create a link to Complaint (cb, ). (Entered: 09/17/2007) |
| 09/17/2007 | 27 | BRIEF/MEMORANDUM in Support re 26 MOTION to Dismiss *Second Amended Complaint* filed by D. T. Marshall. (Walker, Constance) (Entered: 09/17/2007) |
| 10/01/2007 | 28 | MEMORANDUM BRIEF in Opposition to 26 MOTION to Dismiss Second Amended Complaint filed by Montricia Pittman. (cb, ) (Entered: 10/02/2007) |
| 10/18/2007 | 29 | MEMORANDUM OPINION AND ORDER that: (1) the defendant's 26 Motion to Dismiss Second Amended Complaint is GRANTED as to Counts I, II, and III; (2) Count I of Pittman's gender discrimination claim is DISMISSED; (3) Count II of Pittman's retaliation claim is DISMISSED; and (4) Count III of Pittman's retaliation claim is DISMISSED. An appropriate judgment will be entered. Signed by Judge William Keith Watkins on 10/18/2007. (cb, ) (Entered: 10/18/2007) |
| 10/18/2007 | 30 | FINAL JUDGMENT that all claims are DISMISSED WITH PREJUDICE. The parties shall bear their own costs. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the FRCP. Signed by Judge William Keith Watkins on 10/18/2007. (cb, ) (Entered: 10/18/2007) |
| 11/08/2007 | 31 | MOTION to Withdraw (Deborah M. Nickson) as Attorney by Montricia Pittman. (cb, ) (Entered: 11/08/2007) |
| 11/08/2007 | 32 | NOTICE OF APPEAL as to 30 Judgment, 29 Memorandum Opinion and Order, by Montricia Pittman (ydw, ) (Entered: 11/09/2007) |
| 11/08/2007 | 33 | MOTION for Leave to Appeal in forma pauperis by Montricia Pittman. (ydw, ) (Entered: 11/09/2007) |
| 11/09/2007 |  | Transmission of Notice of Appeal, 29 MEMORANDUM OPINION AND ORDER, 30 FINAL JUDGMENT and Docket Sheet to US Court of Appeals re 32 Notice of Appeal (ydw, ) (Entered: 11/09/2007) |
| 11/14/2007 | 34 | ORDERED that 31 Motion to Withdraw Deborah M. Nickson as Counsel is GRANTED. Signed by Judge William Keith Watkins on 11/14/2007. (cb, ) (Entered: 11/14/2007) |
| 11/14/2007 | 35 | ORDER granting 33 Motion for Leave to Appeal in forma pauperis. Signed by Judge William Keith Watkins on 11/14/07. (ydw, ) (Entered: 11/14/2007) |
| 11/14/2007 |  | *** Attorney Deborah Moore Nickson terminated pursuant to 34 Order. (cb, ) Modified on 12/4/2007 to correct and create a link to order(cb, ). |

CONT. VOL. 1

| | | |
|---|---|---|
| | | (Entered: 11/14/2007) |
| 11/19/2007 | 36 | USCA Case Number 07-15312-D for 32 Notice of Appeal filed by Montricia Pittman. (ydw, ) (Entered: 11/19/2007) |
| 11/20/2007 | 37 | NOTICE of Change of Address by Montricia Pittman. (dmn) (Entered: 11/26/2007) |
| 11/20/2007 | 38 | TRANSCRIPT INFORMATION FORM by Montricia Pittman. (dmn) (Entered: 11/26/2007) |

END VOL. 1