UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

| | | |
|---|---|---|
| DEBRA P. HACKETT | | TELEPHONE |
| CLERK | December 17, 2007 | (334) 954-3610 |

Mr. Thomas K. Kahn, Clerk                USDC No **CV-06-W-507-N**
USCA, Eleventh Circuit
56 Forsyth Street, NW                   USCA No.  **07-15312-D**
Atlanta, GA   30303

In Re: **MONTRICIA PITTMAN VS. MONTGOMERY COUNTY SHERIFF'S DEPARTMENT ET AL.**

_____

SUPPLEMENTAL CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

  **1**  Volume(s) of Pleadings

  ___ Volume(s) of Transcripts

  ___ Exhibits: ___ Box: ___ Binders: ___ Envelopes;

       ___ Other: ___ **SEAL Envelope (s) :** ___ **PSI(s)**

       ____Other:

Please acknowledge receipt on the enclosed copy of this letter.
Sincerely,

DEBRA P. HACKETT, Clerk


By: **Yolanda Williams**

cc**: MONTRICIA PITTMAN**
    **CONSTANCE C. WALKER**
    **THOMAS T. GALLION, III**